FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Jeffrey Scott Nelson, <br> Defendant. | Case No.: ED 09-227-M <br><br> ORDER OF DETENTION <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_Insufficient bail resources, extensive substance abuse history, mental health issues_

|    |         |                                                                              |
|----|---------|------------------------------------------------------------------------------|
| 1  |         | and/ or                                                                      |
| 2  | B. ( )  | The defendant has not met his/her burden of establishing by clear and        |
| 3  |         | convincing evidence that he/she is not likely to pose a danger to the        |
| 4  |         | safety of any other person or the community if released under 18 U.S.C. §   |
| 5  |         | 3142(b) or (c). This finding is based on the following:                      |

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/19/09

HONORABLE OSWALD PARADA
United States Magistrate Judge